STATE EX REL. WELSH ET AL. *v.* SUPERIOR COURT OF MARION COUNTY ROOM NO. 4, SYMMES, JUDGE.

[No. 30,658. Filed September 26, 1966.]

*John J. Dillon,* Attorney General, and *William D. Ruckelshaus,* Deputy Attorney General, for relator.

*Donald L. Fasig,* of Indianapolis, for appellee.

JACKSON, J.—The issues and matters involved herein are now moot and this cause is now dismissed.

Rakestraw, C. J., Arterburn and Myers, JJ., concur. Achor, J., not participating.

NOTE.—Reported in 219 N. E. 2d 812.